■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTINO J. THOMAS, Appellant. [996 NYS2d 202]—Appeal from

an order of the Wayne County Court (Dennis M. Kehoe, J.), dated June 18, 2013. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.